United States Courts
Southern District of Texas
FILED
JAN 22 2024
Nathan Ochsner, Clerk of Court

Grievance # 225427

4:24cv46

Dear Judge Lee H. Rosenthal,
 Hi this Andre G. Stevens, I'm writing you to inform you of the Grievance Board about the Mold, Gas and Nats that has me sick in Harris County Jail, and Nothing has Been done about it and it was never Resolved But found by the Supervisor. please Get Me Released from harris County Jail <u>if posible</u> I Been sick now for over a Month with migrain head-Ackes and Dizziness and was Seen by the Doctor and this Issue was Never Resolved. please do Something About this Big Issue in harris County Jail. this is why I Fild A Grievance for Relief and hope to be Granted in accordance with Rule 60 B of the Federal Rules of Civil Procedure.
 Thank You Judge of over seeing my Case.

P.S
Nothing like good Health.

Andre Stevens,

GRIEVANCE RECEIPT
INMATE GRIEVANCE BOARD
701

To: ANDRE G STEVENS    Grievance Received 12/18/2023
SPN# 2354618

From: Inmate Grievance Board

Ref: GRIEVANCE # 225427
701 HOUSING DIVISION/701, 711 JAIL

The Inmate Grievance Board has received a grievance from Inmate
ANDRE G STEVENS

Upon completion of your investigation, check the appropriate finding and provide the Inmate with this Grievance Receipt.

I have investigated this grievance and determined it to be:

\_\_\_\_Unfounded    \_✓\_Founded/Resolved    \_\_\_\_Founded/Unresolved

\_\_\_ATW/TDC    \_\_\_OIG/IAD or Bureau Investigation

# Grievance Receipt
# Inmate Copy

Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).

Grievance Receipt was Delivered to Inmate STEVENS    on Date: 1/12/24

Supervisor's printed name: C. Silverio

Supervisor's Signature: _____    Date: 1/12/24

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name Andre Stevens
SPN 02354618 cell 2E3
Street 1200 Baker St.
HOUSTON, TEXAS 77002

**Keefe** Commissary Network

**INDIGENT**

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.63⁰
02 4W
0000368784 JAN. 18. 2024.

NORTH HOUSTON TX
18 JAN 2024 PM 1

United States Courts
Southern District of Texas
FILED
JAN 22 2024
Nathan Ochsner, Clerk of Court

Judge Lee H. Rosenthal
United States District Court
P.O. Box 61010
Houston, TX 77208-1010